IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BURBERRY LIMITED, A UNITED KINGDOM COMPANY, and BURBERRY LIMITED, A NEW YORK CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ABBYLIFE, et al.<br><br>Defendants. | Case No. 20-cv-02154<br><br>**Judge John Robert Blakey**<br><br>**Magistrate Judge Jeffrey Cummings** |

## STATUS REPORT

Pursuant to this Court's Order [65], Plaintiffs Burberry Limited, a United Kingdom company ("Burberry UK"), and Burberry Limited, a New York corporation ("Burberry US"), together, "Burberry" or "Plaintiffs," submit the following status report. Default and Default Judgment was entered against the Defendants identified on Schedule A, with the exception of Defendants FashionABC, tangtai, SYQ, and The Guangyi, on July 17, 2020. [66]. Plaintiffs have dismissed Defendant SYQ [72]. Settlement discussions are still ongoing with Defendants Fashion ABC, tangtai, and The Guangyi.

Dated this 5th day of August 2020.	Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiffs Burberry Limited, a United Kingdom company, and Burberry Limited, a New York corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of Electronic Filing" to the attorneys of record in this case.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiffs Burberry Limited, a United Kingdom company, and Burberry Limited, a New York corporation*
